**UNITED STATES of America,**
**Appellant,**

v.

**J. C. GAUVEY, doing business as Gauvey**
**Rig and Trucking Company, et al.**

**No. 16105.**

United States Court of Appeals
Eighth Circuit.

Jan. 21, 1959.

Robert Vogel, U. S. Atty., and Gordon Thompson, Asst. U. S. Atty., Fargo, N. D., for appellant.

Joseph P. Stevens, Minot, N. D., Fred E. Whisenand, Jr., Bjella, Jestrab & Neff, Walter O. Burk, John R. Davidson, Williston, N. D., Strutz, Jansonius & Fleck, Bismarck, N. D., George A. Soule, Van Osdel & Foss, Fargo, N. D., and John F. Lord, Mandan, N. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on motion of appellant and stipulation of parties.

**Kermit H. SEVERSON, d/b/a Cardel**
**Company, Appellant,**

v.

**Marcus FLECK.**

**No. 16123.**

United States Court of Appeals
Eighth Circuit.

Feb. 4, 1959.

Eugene L. Heck, Minneapolis, Minn., and Strutz, Jansonius & Fleck, Bismarck, N. D., for appellant.

Kelsch, Scanlon & Kelsch, Mandan, N. D., and Garrity & Garrity, Moorhead, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. See 8 Cir., 251 F.2d 920.

**Clarence MAHURIN, Appellant,**

v.

**Elbert V. NASH, Warden, Missouri State**
**Penitentiary, Jefferson City, Missouri,**
**or any member thereof so connected**
**thereto.**

**No. 16109.**

United States Court of Appeals
Eighth Circuit.

Feb. 9, 1959.

Clarence Mahurin, pro se.

John M. Dalton, Atty. Gen., State of Missouri, and James E. Conway, Asst. Atty. Gen., State of Missouri, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.